ORDER:

Motion granted.
Detention hearing
is set on September
12, 2014, at 1:30 P.M.

John Bryant,
USMJ

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cr-00090-11 |
| | ) | Magistrate Judge Bryant |
| TOMMY E. SMITH | ) | |

## MOTION OF DEFENDANT TOMMY E. SMITH TO SET DETENTION HEARING

**COMES NOW** the Defendant, **Tommy E. Smith**, by and through his undersigned counsel, and respectfully requests that this Honorable Court enter an order setting a detention hearing in Mr. Smith's case. In support hereof, Defendant Smith states as follows:

1. Mr. Smith was originally represented by other counsel in this case. On July 3, 2014, Mr. Smith waived his detention hearing but specifically reserved the right to have the hearing conducted at a later date. (Docket Entry 187).

2. The case is currently set for trial on March 10, 2015. (Docket Entry 327).

**WHEREFORE,** based on the foregoing, Defendant Smith respectfully requests that this Honorable Court enter an order setting a detention hearing in his case.